Argued and submitted November 6, affirmed December 3, 1997

NORTH PACIFIC INSURANCE COMPANY,
*Respondent,*

*v.*

Michael WILLIAMS,
*Appellant.*

(C950934CV; CA A94924)

949 P2d 324

Clayton C. Patrick argued the cause and filed the briefs for appellant.

Michael A. Lehner argued the cause for respondent. With him on the brief was Lehner, Mitchell, Rodrigues & Sears.

Before De Muniz, Presiding Judge, and Haselton and Linder, Judges.

PER CURIAM

Affirmed. *North Pacific Ins. Co. v. Anderson*, 110 Or App 269, 821 P2d 444 (1991).